618

Latham, Acting P. J., Shapiro, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES JOSEPH COURTNEY, Appellant.—

Rabin, P. J., Hopkins, Latham, Shapiro and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES EDWARD DE WOLFE, Appellant.—

Latham, Acting P. J., Shapiro, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. BOOKER W. HANEY, Respondent.—